UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS J. BLIGH,

    Plaintiff,

v.                                                           Case No:   2:18-cv-172-FtM-38CM

DISTRICT SCHOOL BOARD OF
COLLIER COUNTY,

    Defendant.

## ORDER

This matter comes before the Court upon review of Plaintiff's Motion for an Extension of Time to Respond to Defendant's Motion for Summary Judgment filed on September 18, 2018. Doc. 33. Plaintiff requests a twenty-four-day extension of time to respond to Defendant's Motion for Summary Judgment. *Id.* at 5. Defendant District School Board of Collier County (the "District") partially opposes the motion and has not responded as the time to do so has not yet expired. *Id.* at 4. For the reasons stated below, the Court will grant the extension.

The Court may extend any deadline for "good cause" if the request is made before the original time or the extension expires. Fed. R. Civ. P. 6(b)(1)(A). "The diligence of the moving party should be considered in determining whether there is good cause to extend a deadline." *Jozwiak v. Stryker Corp.*, No. 6:09-cv-1985-Orl-19GJK, 2010 WL 743834, at *2 (M.D. Fla. Feb. 26, 2010). In other words, the moving party must demonstrate it could not meet the deadline despite its diligent efforts. *Idearc Media Corp. v. Kimsey & Assocs., P.A.*, No. 807-CV-1024-T-17EAJ, 2009 WL

413531, at *2 (M.D. Fla. Feb. 18, 2009) (*citing Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir.1998)). District courts have broad discretion when managing their cases, including discovery and scheduling. *Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001).

Here, the District filed its Motion for Summary Judgment on September 4, 2018, and Plaintiff's response was due on September 18, 2018. Doc. 33 at 1; *see also* Doc. 31. Plaintiff's counsel asserts he has been unable to prepare a response to the District's Motion due to his extensive workload, the District's allegedly untimely responses to Plaintiff's discovery requests and the District's voluminous document productions. Doc. 33 at 1-4, n.3. The District opposes any extension past September 25, 2018. *Id.* at 4. The Court finds good cause to extend Plaintiff's deadline to respond to the District's Motion for Summary Judgment as requested.

ACCORDINGLY, it is

**ORDERED:**

Plaintiff's Motion for an Extension of Time to Respond to Defendant's Motion for Summary Judgment (Doc. 33) is **GRANTED**. Plaintiff shall have up to and including **October 12, 2018** to respond to Defendant District School Board of Collier County's Motion for Summary Judgment.

**DONE** and **ORDERED** in Fort Myers, Florida on this 20th day of September, 2018.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record